IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
       FILED
    MAR 1 7 2006
  J. T. NOBLIN, CLERK
BY_____DEPUTY
```

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:03cr23WS-001

INTENCIE LEACH

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against INTENCIE LEACH without prejudice.

DUNN LAMPTON
United States Attorney

By: *[signature]*

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 10th day of March, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE