IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 4:03-CR-23WS

INTENCIE CHRELL LEACH,   21 U.S.C. § 846
NATHAN JERMAINE BURNSIDE,   21 U.S.C. § 853
ENTONIO BURNSIDE,
E. L. BURNSIDE, AND
GREG HUDDLESTON

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 10, 2004, by virtue of the plea agreement, this Court entered a Preliminary Order of Forfeiture and subsequently entered an Amended Preliminary Order of Forfeiture, ordering the defendants INTENCIE CHRELL LEACH and NATHAN JERMAINE BURNSIDE, to forfeit $21,990.00 (Twenty One Thousand Nine Hundred Ninety Dollars) in United States currency, which is property that the defendants had an interest in and property that the government has established the requisite nexus between such property and such offenses.

WHEREAS, the United States caused to be published in The Clarion-Ledger, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and;

WHEREAS, no timely petition has been filed, and

WHEREAS, the Court finds that the defendants had an interest in the property that is subject

to forfeiture pursuant to pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the aforementioned property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the aforementioned property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 24th day of August, 2007.

> s/ HENRY T. WINGATE
> CHIEF UNITED STATES DISTRICT JUDGE

CRIMINAL ACTION NO.  4:03-CR-23WS
Final Order of Forfeiture