IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


UNITED STATES OF AMERICA


v.                                          CRIMINAL NO.: 4:03cr23HTW-FKB


INTENCIE LEACH a/k/a "Rel"


## ORDER

THIS CAUSE having come on for consideration on the Defendant's Motion for

Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18

U.S.C. § 3582 (c) in the above referenced action and the Court having considered the response to

the Motion by the United States. It is accordingly,

ORDERED AND ADJUDGED that the Defendant's Motion for Retroactive Application

of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. §3582(c), be and is

hereby granted and that said Defendant shall be re-sentenced from the previously imposed

sentence of 125 months to the new term of imprisonment of 105 in the custody of the Bureau of

Prisons.


SO ORDERED this the 28th day of April, 2010.

**s/ HENRY T. WINGATE**
_____

CHIEF JUDGE
UNITED STATES DISTRICT COURT